FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0198

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0198

_____

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

       Plaintiff, Counter-Defendant and
       Appellee, and Cross-Appellant,

    v.

DONALD KNIGHT, GINA M. KNIGHT,
LANDON KNIGHT, and JOHN DOES 1-10,

       Defendants, Counter-Plaintiffs
       and Appellants.

DONALD KNIGHT and GINA M. KNIGHT

       Third-Party Plaintiffs,

    v.

PARK COUNTY, a political subdivision of
the State of Montana, acting by and through its           O R D E R
County Commissioners, Bill Berg, Steve
Caldwell, and Clint Tinsley,

       Third-Party Defendants.

GARDINER-PARK COUNTY WATER AND
SEWER DISTRICT,

       Third-Party Plaintiff and
       Cross-Appellant,

    v.

STANDISH EXCAVATION, LC,

       Third-Party Defendant.

DONALD KNIGHT, GINA M. KNIGHT, and
LANDON KNIGHT,

       Third-Party Plaintiffs and Appellants,

THOMAS E. STONE, DONALD L. CLARK,
VICTOR D. BEERS, and BRAD A. HARBACH,

     Third-Party Defendants and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

                         For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2024